```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

NICK WONG LEE,

Defendant.

18-CR-799 (KMW)

KMW
[PROPOSED] ORDER

Upon the application of Nick Wong Lee, by her attorneys Justine A. Harris, Esq. and Heather Y. Han, Esq., for an order directing U.S. Pretrial Services to return Mr. Lee's passport;

IT IS HEREBY ORDERED, that U.S. Pretrial Services is directed to return Mr. Lee's passport to him.

Dated: New York, New York
       February 11, 2019

SO ORDERED

*Kimba M. Wood*

The Honorable Kimba M. Wood
District Judge, United States District Court
Southern District of New York